# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>RUBEN BOTELLO (2),<br><br>               Defendant. | CASE NO. 13CR4524-GPC-2<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1); 18:2 - Possession of Cocaine with Intent to Distribute, Aiding and Abetting (Felony)(1)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 09/17/2014

                                      Jan M. Adler<br>
                                      U.S. Magistrate Judge